602

469 A.2d 302

Mayercheck, Appellant v. Mayercheck.

Argued September 29, 1983.
Joseph A. Mayercheck, appellant, in propria persona; Gordon David Fisher, for appellee.

Before BROSKY, McEWEN and BECK, JJ.

Order of lower court is affirmed.

469 A.2d 303

Risko v. Socci, Appellants.
Petition for Allowance of Appeal
Denied April 18, 1984.

Argued April 20, 1983. John P. Koopman, for appellants; Stephen B. Harris, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgments of the lower court are affirmed.